IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARK EDWARD WRIGHT | § | |
| | § | |
| VS. | § | C.A. NO. C-05-578 |
| | § | |
| DOUGLAS DRETKE | § | |

## MEMORANDUM AND RECOMMENDATION
## ON PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner has filed an application to proceed *in forma pauperis* in this

habeas corpus proceeding.  (D.E. 2).  Petitioner's application indicates that he has

currently in his inmate trust fund account the sum of $47.52, and his deposits over

the last six months have totaled $162.94.  Moreover, there is no hold on his

account to explain the reduction in his balance due to child support payments or

other obligations.  The filing fee for a habeas corpus petition is $5.00.

It is respectfully recommended that petitioner be found not indigent and that

his application to proceed *in forma pauperis*, (D.E. 2), be denied.  It is further

respectfully recommended that petitioner be instructed to pay the filing fee within

twenty (20) days of the date of entry of an order adopting this memorandum and

recommendation or voluntarily dismiss the petition.  Finally, it is respectfully

recommended that petitioner be advised that failure to pay the fee within the time

period proscribed may result in dismissal of his petition for failure to prosecute.

ORDERED this 14th day of December 2005.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within **TEN (10) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(C); Rule 72(b) of the Federal Rules of Civil Procedure; Rule 8(b), Rules Governing § 2254 Cases; and Article IV, General Order No. 2001-6, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within TEN (10) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error*, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  Douglass v. United Servs. Auto Ass'n, 79 F.3d 1415 (5th Cir. 1996) (en banc).

3